Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-12-000288-CR

**IN RE** David Cepeda **JONES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  May 23, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On May 9, 2012, Relator David Cepeda Jones filed a petition for writ of mandamus complaining of the trial court's refusal to set his case for trial after numerous requests by Relator. However, counsel has been appointed to represent Relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on pro se motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on Relator's pro se motions filed in the criminal

---

[1] This proceeding arises out of Cause No. 2009-CR-12902, styled *State of Texas v. David Cepeda Jones*, in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied.

TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH